IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORPORACIÓN MEXICANA <br>    DE MANTENIMIENTO INTEGRAL, <br>    S. DE R.L. DE C.V., <br> Homero 534 Piso 7 <br> Colonia Chapultepec Morales <br> México, D.F. C.P. 11570 & <br><br>           Petitioner, <br><br>           v. <br><br> PEMEX EXPLORACIÓN <br>    Y PRODUCCIÓN, <br><br>           Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    CASE NUMBER: _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## LOCAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR PEITIONER CORPORACIÓN MEXICANA DE MANTENIMIENTO INTEGRAL, S. DE R.L. DE C.V.

I, the undersigned, counsel of record for Corporacion Mexicana de Mantenimiento Integral, S. DE R. L. DE. C.V., certify that to the best of my knowledge and belief, the following are the parent companies, subsidiaries or affiliates of Corporacion Mexicana de Mantenimiento Integral, S. DE R. L. DE. C.V., that has any outstanding securities in the hands of the public:

    KBR, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: March 19, 2009                    HUGHES HUBBARD & REED LLP

                                         By: _____
                                             Robert M. Kennedy Jr.
                                             D.C. Bar No. 459966
                                             1775 I Street, N.W.
                                             Washington, D.C. 20006-2401
                                             (202) 721-4600

60240879_1.DOC