IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORPORACIÓN MEXICANA<br>DE MANTENIMIENTO INTEGRAL,<br>S. DE R.L. DE C.V.,<br>Homero 534 Piso 7<br>Colonia Chapultepec Morales<br>México, D.F. C.P. 11570<br><br>Petitioner,<br><br>v.<br><br>PEMEX EXPLORACIÓN<br>Y PRODUCCIÓN,<br><br>Respondent. | CASE: 1:08-CV-00469 (RWR) |

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 19, 2008, true and correct copies of the following documents:

1. **NOTICE OF PETITION TO CONFIRM FOREIGN ARBITRAL AWARD;**

2. **PETITION TO CONFIRM FOREIGN ARBITRAL AWARD, and all exhibits thereto,**

3. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION TO CONFIRM FOREIGN ARBITRAL AWARD;**

4. **AFFIDAVIT OF CHRISTOPHER M. PAPARELLA IN SUPPORT OF PETITION TO CONFIRM FOREIGN ARBITRAL AWARD, and all exhibits thereto;**

W6-60247756_1.DOC

were served via Express Mail and Federal Express, postage pre-paid, upon the parties listed below:

Pemex – Exploracion y Produccion
Gerencia de Recursos Materiales
Boulevard Adolfo Ruiz Cortines No. 1202
Edificio Piramide, Piso 4
Fracc, Oropeza
Villahermosa, Tabasco c.p. 86030
United Mexican States
Attn: Ing. Guillermo Iturbide Ruiz

Pemex-Exploración y Producción
Gerencia de Contratos
Torre Empresarial
Paseo Tabasco # 1203
Col. Col. Linda Vista
Villahermosa, Tabasco c.p. 86050
United Mexican States
Attn: Ing. Victor Manuel Bahena Bustos

Dated: March 20, 2008
Washington, DC

*/s/ Robert M. Kennedy, Jr.*
Robert M. Kennedy, Jr.
D.C. Bar No. 459966
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
(202) 721-4600