IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration Between ) <br> ) <br> CORPORACIÓN MEXICANA ) <br> DE MANTENIMIENTO INTEGRAL, ) <br> S. DE R.L. DE C.V., ) <br> a Mexican corporation, ) <br> ) <br>           Petitioner, ) <br> ) <br> v. ) <br> ) <br> PEMEX EXPLORACIÓN Y PRODUCCIÓN, ) <br> Gerencia Jurídica de Exploración y Producción ) <br> Marina Nacional 329 Edificio A, Octavo Piso ) <br> Colonia Huasteca, Delegación Miguel Delgado ) <br> Mexico City, Federal District ) <br> Mexico C.P. 11311, ) <br> ) <br>           Respondent. ) | Case No. 08-CV-00469-RWR |

## NOTICE OF APPEARANCE OF ATTORNEYS FOR RESPONDENT

To the Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE that Robert B. Duncan and René E. Browne, of the law firm of Hogan & Hartson LLP, 555 Thirteenth Street, NW, Washington, DC 20004, enter their appearances as counsel of record for Respondent PEMEX Exploración y Producción, and request that all copies of notices, motions, pleadings, and other papers filed in this matter be served on undersigned counsel at the address below. By making this special and limited entry of appearance, Respondent does not submit itself in any way to this Court's jurisdiction nor does it consent to jurisdiction, and Respondent reserves all other defenses that it may have with respect

to this matter. This appearance is therefore made without waiver of any of Respondent's defenses.

                    Respectfully Submitted:

                    s/ René E. Browne
                    Robert B. Duncan (D.C. Bar No. 416283)
                    René E. Browne (D.C. Bar No. 463989)
                    HOGAN & HARTSON L.L.P.
                    Columbia Square
                    555 Thirteenth Street, NW
                    Washington, D.C. 20004-1109
                    Tel. (202) 637-5600
                    Fax. (202) 637-5910
                    E-mail: rbduncan@hhlaw.com
                    E-mail: rbrowne@hhlaw.com
                    *Attorneys for Respondent Pemex Exploración y Producción*

Dated: May 16, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/ René E. Browne  
                                                René E. Browne

SERVICE LIST
COMMISA V. PEP
CASE NO. 08-CV-00469-RWR
UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

| | |
|---|---|
| **Robert M. Kennedy, Jr.** | **Christopher M. Paparella** |
| Hughes Hubbard & Reed LLP | Hughes Hubbard & Reed LLP |
| 1775 I Street, N.W. | One Battery Park Plaza |
| Washington, D.C. 20006-2401 | New York, New York 10004-1482 |
| Telephone: (202) 721-4600 | Tel (212) 837-6644 |
| Facsimile: (202) 721-4646 | Fax (212) 422-4726 |
| kennedyr@hugheshubbard.com | paparella@hugheshubbard.com |
| Attorney for Petitioner | Attorney for Petitioner |
| | |
| Via Transmission of Notices of Electronic Filing Generated by CM/ECF | Via First Class Mail, postage pre-paid |