IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>CORPORACIÓN MEXICANA<br>DE MANTENIMIENTO INTEGRAL,<br>S. DE R.L. DE C.V.,<br>a Mexican corporation,<br><br>        Petitioner,<br><br>v.<br><br>PEMEX EXPLORACIÓN Y PRODUCCIÓN,<br>Gerencia Jurídica de Exploración y Producción<br>Marina Nacional 329 Edificio A, Octavo Piso<br>Colonia Huasteca, Delegación Miguel Delgado<br>Mexico City, Federal District<br>Mexico C.P. 11311,<br><br>        Respondent. | Case No. 08-CV-00469-RWR |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.2(d), I, René E. Browne, an active member of the Bar of this Court and counsel of record for the Respondent PEMEX Exploración y Producción, respectfully move the Court for the admission, *pro hac vice*, of Richard C. Lorenzo and Maria Eugenia Ramirez, attorneys with the law firm of Hogan & Hartson LLP, Mellon Financial Center, 1111 Brickell Avenue, Suite 1900, Miami, FL 33131, Telephone No. (305) 459-6500, as co-counsel for the Respondent in this action.

As set forth in the attached applications, the Applicants have declared under penalty of perjury among other things:

(1) That they are members in good standing of the highest court of the State of Florida and that Ms. Ramirez is also a member in good standing of the highest court of the Commonwealth of Puerto Rico;

(2) That they have not been disciplined by any court; and

(3) That they have not applied for admission *pro hac vice* in this court within the last two years.

I am satisfied that the petitioners have the necessary qualifications to be admitted *pro hac vice* in this matter and I, therefore, move for their admission in the above-styled action.

WHEREFORE, it is respectfully requested that Richard C. Lorenzo, Esq. and Maria Eugenia Ramirez, Esq. be permitted to participate in this matter *pro hac vice* pursuant to Local Rule 83.2. A proposed order is attached for the Court's convenience.

Respectfully Submitted:

s/ René E. Browne
René E. Browne (D.C. Bar No. 463989)
HOGAN & HARTSON L.L.P.
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004-1109
Tel. (202) 637-5600
Fax. (202) 637-5910
E-mail: rbrowne@hhlaw.com
*Attorney for Respondent Pemex Exploración y Producción*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2008, I electronically filed the foregoing motion for admission *pro hac vice* and supporting papers with the Clerk of the Court using CM/ECF. I also certify that the foregoing motion and supporting papers are being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      s/ René E. Browne
                                                      René E. Browne

CASE NO. 08-CV-00469-RWR

# SERVICE LIST
# COMMISA V. PEP
# CASE NO. 08-CV-00469
# UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

| | |
|---|---|
| **Robert M. Kennedy, Jr.** | **Christopher M. Paparella** |
| Hughes Hubbard & Reed LLP | Hughes Hubbard & Reed LLP |
| 1775 I Street, N.W. | One Battery Park Plaza |
| Washington, D.C. 20006-2401 | New York, New York 10004-1482 |
| Telephone: (202) 721-4600 | Tel (212) 837-6644 |
| Facsimile: (202) 721-4646 | Fax (212) 422-4726 |
| kennedyr@hugheshubbard.com | paparella@hugheshubbard.com |
| Attorney for Petitioner | Attorney for Petitioner |
| | |
| Via Transmission of Notices of Electronic Filing Generated by CM/ECF | Via First Class Mail, postage pre-paid |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration Between )<br>)<br>CORPORACIÓN MEXICANA )<br>DE MANTENIMIENTO INTEGRAL, )<br>S. DE R.L. DE C.V., )<br>a Mexican corporation, )<br>)<br>  Petitioner, )<br>)<br>v. )<br>)<br>PEMEX EXPLORACIÓN Y PRODUCCIÓN, )<br>Gerencia Jurídica de Exploración y Producción )<br>Marina Nacional 329 Edificio A, Octavo Piso )<br>Colonia Huasteca, Delegación Miguel Delgado )<br>Mexico City, Federal District )<br>Mexico C.P. 11311, )<br>)<br>  Respondent. )<br>_____ ) | Case No. 08-CV-00469-RWR |

**APPLICATION FOR ADMISSION
PRO HAC VICE BY RICHARD C. LORENZO**

I, Richard C. Lorenzo, hereby declare:

(1)   I am an attorney with the law firm of Hogan & Hartson LLP, located at Mellon Financial Center, 1111 Brickell Avenue, Suite 1900, Miami, FL 33131, and my telephone number is (305) 459-6500.

(2)   I am a member in good standing of the highest courts of the State of Florida as follows:

   State of Florida
   Admitted: 1995

   United States Court of Appeals, Eleventh Circuit
   Admitted: 1998

   United States District Court for the Southern District of Florida
   Admitted: 1998

       United States District Court for the Northern District of Florida
       Admitted: 1998

       United States District Court for the Middle District of Florida
       Admitted: 1999

(3)     There are no disciplinary complaints pending against me for violation of the Rules of the courts of those states;

(4)     I have not been suspended or disbarred for disciplinary reasons from practice in any court;

(5)     I have not applied for admission *pro hac vice* in this Court within the last two years;

(6)     I do not practice or hold out to practice law in the District of Columbia;

(7)     I am associated with René E. Browne (Bar No. 463989) and Robert B. Duncan (Bar No. 416283), members in good standing of the Bar of the District of Columbia and of the Bar of this Court; and

(8)     I have read and am familiar with the Local Rules of this Court.

     I am applying for admission *pro hac vice* to appear as co-counsel in the instant action in order to file responsive documents on behalf of the Respondent PEMEX Exploración y Producción for a limited period of time.

     I acknowledge the jurisdiction of the courts of the District of Columbia over my professional conduct, and I agree to be bound by the District of Columbia Rules of Professional Conduct, in this matter, if I am admitted *pro hac vice*.

     I declare under penalty of perjury that the foregoing is true and correct. Executed on May 21, 2008.

RICHARD C. LORENZO, ESQ.
Hogan & Hartson LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Tel. (305) 459-6500
Fax. (305) 459-6550
rlorenzo@hhlaw.com

CASE NO. 08-CV-00469-RWR

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ René E. Browne<br>
René E. Browne

CASE NO. 08-CV-00469-RWR

SERVICE LIST
COMMISA V. PEP
CASE NO. 08-CV-00469
UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

**Robert M. Kennedy, Jr.**
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
kennedyr@hugheshubbard.com
Attorney for Petitioner

Via Transmission of Notices of Electronic Filing Generated by CM/ECF

**Christopher M. Paparella**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Tel (212) 837-6644
Fax (212) 422-4726
paparella@hugheshubbard.com
Attorney for Petitioner

Via First Class Mail, postage pre-paid

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration Between )<br>)<br>CORPORACIÓN MEXICANA )<br>DE MANTENIMIENTO INTEGRAL, )<br>S. DE R.L. DE C.V., )<br>a Mexican corporation, )<br>) <br>        Petitioner, )<br>)<br>v. )<br>)<br>PEMEX EXPLORACIÓN Y PRODUCCIÓN, )<br>Gerencia Jurídica de Exploración y Producción )<br>Marina Nacional 329 Edificio A, Octavo Piso )<br>Colonia Huasteca, Delegación Miguel Delgado )<br>Mexico City, Federal District )<br>Mexico C.P. 11311, )<br>)<br>        Respondent. )<br>) | Case No. 08-CV-00469-RWR |

**APPLICATION FOR ADMISSION
PRO HAC VICE BY MARIA EUGENIA RAMIREZ**

I, Maria Eugenia Ramirez, hereby declare:

(1)   I am an attorney with the law firm of Hogan & Hartson LLP, located at Mellon Financial Center, 1111 Brickell Avenue, Suite 1900, Miami, FL 33131, and my telephone number is (305) 459-6500.

(2)   I am a member in good standing of the highest courts of the State of Florida and the Commonwealth of Puerto Rico as follows:

        Commonwealth of Puerto Rico - State Courts
        Admitted: January 1999

        Commonwealth of Puerto Rico - Supreme Court
        Admitted: 1999

        United States District Court for the District of Puerto Rico
        Admitted: 1999

CASE NO. 08-CV-00469-RWR

        First Circuit Court of Appeals
        Admitted: 1999

        State of Florida
        Admitted: 2000

        United States District Court for the Southern District of Florida
        Admitted: 2001

        Eleventh Circuit Court of Appeals
        Admitted: 2001

(3)    There are no disciplinary complaints pending against me for violation of the Rules of the courts of those states;

(4)    I have not been suspended or disbarred for disciplinary reasons from practice in any court;

(5)    I have not applied for admission *pro hac vice* in this Court within the last two years;

(6)    I do not practice or hold out to practice law in the District of Columbia;

(7)    I am associated with René E. Browne (Bar No. 463989) and Robert B. Duncan (Bar No. 416283), members in good standing of the Bar of the District of Columbia and of the Bar of this Court; and

(8)    I have read and am familiar with the Local Rules of this Court.

    I am applying for admission *pro hac vice* to appear as co-counsel in the instant action in order to file responsive documents on behalf of the Respondent PEMEX Exploración y Producción for a limited period of time.

    I acknowledge the jurisdiction of the courts of the District of Columbia over my professional conduct, and I agree to be bound by the District of Columbia Rules of Professional Conduct, in this matter, if I am admitted *pro hac vice*.

CASE NO. 08-CV-00469-RWR

      I declare under penalty of perjury that the foregoing is true and correct. Executed on May 21, 2008.

_____
MARIA EUGENIA RAMIREZ, ESQ.
Hogan & Hartson LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Tel. (305) 459-6542
Fax. (305) 459-6550
meramirez@hhlaw.com

CASE NO. 08-CV-00469-RWR

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                               s/ René E. Browne
                                                               René E. Browne

CASE NO. 08-CV-00469-RWR

## SERVICE LIST
## COMMISA V. PEP
## CASE NO. 08-CV-00469
## UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

**Robert M. Kennedy, Jr.**
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
kennedyr@hugheshubbard.com
Attorney for Petitioner

Via Transmission of Notices of Electronic Filing Generated by CM/ECF

**Christopher M. Paparella**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Tel (212) 837-6644
Fax (212) 422-4726
paparella@hugheshubbard.com
Attorney for Petitioner

Via First Class Mail, postage pre-paid

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration Between )<br>)<br>CORPORACIÓN MEXICANA )<br>DE MANTENIMIENTO INTEGRAL, )<br>S. DE R.L. DE C.V., )<br>a Mexican corporation, )<br>)<br>       Petitioner, )<br>)<br>v. )<br>)<br>PEMEX EXPLORACIÓN Y PRODUCCIÓN, )<br>Gerencia Jurídica de Exploración y Producción )<br>Marina Nacional 329 Edificio A, Octavo Piso )<br>Colonia Huasteca, Delegación Miguel Delgado )<br>Mexico City, Federal District )<br>Mexico C.P. 11311, )<br>)<br>       Respondent. )<br>) | Case No. 08-CV-00469-RWR |

**[PROPOSED] ORDER GRANTING *PRO HAC VICE*
ADMISSION OF RICHARD C. LORENZO
AND MARIA EUGENIA RAMIREZ**

On the motion of René E. Browne, an active member of the District of Columbia Bar and the Bar of this Court, for the admission *pro hac vice* of attorneys Richard C. Lorenzo and Maria Eugenia Ramirez, considering the motion and attachments thereto, it is hereby,

ORDERED, that the Motion for Admission *Pro Hac Vice* of attorneys Richard C. Lorenzo and Maria Eugenia Ramirez with the Miami, Florida office of Hogan & Hartson LLP is hereby GRANTED, and it is further

ORDERED, pursuant to Local Civil Rule 83.2, subdivisions (c)(1) and (d), that Richard C. Lorenzo and Maria Eugenia Ramirez be permitted to appear, file papers, and be heard in open court in this action on behalf of the Respondent.

**IT IS SO ORDERED.**

Date:_____                    _____
                                              Hon. Richard W. Roberts
                                              United States District Judge

Pursuant to Local Civil Rule 7, subdivision (k), the names and address of all attorneys entitled to be notified of this Order are:

**Counsel for the Claimant:**

Robert M. Kennedy, Jr.
Hughes Hubbard & Reed LLP
D.C. Bar No. 459966
1775 I Street, N.W.
Washington, D.C. 20006-2401
Tel (202) 721-4600
Fax (202) 721-4646
E-mail: kennedyr@hugheshubbard.com

**Co-counsel for the Claimant:**

Christopher M. Paparella
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Tel (212) 837-6644
Fax (212) 422-4726
E-mail: paparella@hugheshubbard.com

**Counsel for the Respondent:**

Robert B. Duncan, Esq.
DC Bar Number: 416283
HOGAN & HARTSON LLP
555 13th Street, NW
Washington, DC 200004
Tel (202) 637-5758
Fax (202) 202-637-5910
E-mail: RBDuncan@hhlaw.com

René E. Browne, Esq.
DC Bar Number: 463989
HOGAN & HARTSON LLP
555 13th Street, NW
Washington, DC 200004
Tel (202) 637-6965
Fax (202) 202-637-5910
E-mail: RBrowne@hhlaw.com

**Co-counsel for the Respondent:**

Richard C. Lorenzo, Esq.
HOGAN & HARTSON LLP
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Tel (305) 459-6652
Fax (305) 459-6550
E-mail: Rlorenzo@hhlaw.com

Maria Eugenia Ramirez, Esq.
HOGAN & HARTSON LLP
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Tel (305) 459-6542
Fax (305) 459-6550
E-mail: MERamirez@hhlaw.com