IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration Between  )<br>)<br>CORPORACIÓN MEXICANA )<br>DE MANTENIMIENTO INTEGRAL, )<br>S. DE R.L. DE C.V., )<br>a Mexican corporation, )<br>)<br>              Petitioner, )<br>)<br>v. )<br>)<br>PEMEX EXPLORACIÓN Y PRODUCCIÓN, )<br>Gerencia Jurídica de Exploración y Producción )<br>Marina Nacional 329 Edificio A, Octavo Piso )<br>Colonia Huasteca, Delegación Miguel Delgado )<br>Mexico City, Federal District )<br>Mexico C.P. 11311, )<br>)<br>              Respondent. )<br>) | Case No. 08-CV-00469-RWR |

## LOCAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## FOR RESPONDENT PEMEX EXPLORACIÓN Y PRODUCCIÓN

I, the undersigned, counsel of record for PEMEX Exploración y Producción, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of PEMEX Exploración y Producción which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:        May 21, 2008

                        Respectfully Submitted:

s/ René E. Browne
Robert B. Duncan (D.C. Bar No. 416283)
René E. Browne (D.C. Bar No. 463989)
HOGAN & HARTSON L.L.P.
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004-1109
Tel. (202) 637-5600
Fax. (202) 637-5910
E-mail: rbduncan@hhlaw.com
E-mail: rbrowne@hhlaw.com
*Attorneys for Respondent Pemex Exploración y Producción*

Richard C. Lorenzo (Florida Bar No. 071412)
(Motion for *pro hac vice* admission pending)
Maria Eugenia Ramirez (Florida Bar No. 349320)
(Motion for *pro hac vice* admission pending)
HOGAN & HARTSON L.L.P.
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Tel. (305) 459-6500
Fax. (305) 459-6550
Email: rlorenzo@hhlaw.com
Email: meramirez@hhlaw.com
*Attorneys for Respondent Pemex Exploración y Producción*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ René E. Browne
René E. Browne

# SERVICE LIST
## COMMISA V. PEP
## CASE NO. 08-CV-00469
## UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

**Robert M. Kennedy, Jr.**
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
kennedyr@hugheshubbard.com
Attorney for Petitioner

Via Transmission of Notices of Electronic Filing Generated by CM/ECF

**Christopher M. Paparella**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Tel (212) 837-6644
Fax (212) 422-4726
paparella@hugheshubbard.com
Attorney for Petitioner

Via First Class Mail, postage pre-paid