IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>CORPORACIÓN MEXICANA<br>DE MANTENIMIENTO INTEGRAL,<br>S. DE R.L. DE C.V.,<br>a Mexican corporation,<br><br>     Petitioner,<br><br>v.<br><br>PEMEX EXPLORACIÓN Y PRODUCCIÓN,<br>Gerencia Jurídica de Exploración y Producción<br>Marina Nacional 329 Edificio A, Octavo Piso<br>Colonia Huasteca, Delegación Miguel Delgado<br>Mexico City, Federal District<br>Mexico C.P. 11311,<br><br>     Respondent. | Case No. 08-CV-00469-RWR |

**RESPONDENT PEMEX EXPLORACIÓN Y PRODUCCIÓN'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
<u>REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS</u>**

    Pursuant to Local Civil Rule 7, subdivisions (d) and (m), Respondent PEMEX Exploración y Producción ("PEP") hereby respectfully requests a brief, two-day extension of time until June 18, 2008, to file a reply memorandum in support of its Motion to Dismiss Petition to Confirm Arbitration Award ("Motion to Dismiss"). In support thereof, Respondent states as follows.

    1.  Petitioner Corporación Mexicana de Mantenimiento Integral, S. de R.L. de C.V. ("COMMISA"), filed its memorandum in opposition to the Motion to Dismiss on June 4,

2008, making Respondent PEP's reply memorandum in support of the Motion to Dismiss due no later than Monday, June 16, 2008. See LCvR 7(d); Fed. R. Civ. P. 5(b)(2)(E), 5(b)(3) and 6(d).

2.  On June 6, 2008, counsel for Respondent PEP conferred with counsel for Petitioner COMMISA by telephone to request a brief extension to time to file the reply memorandum. By electronic mail dated June 9, 2008, counsel for COMMISA indicated that COMMISA does not oppose PEP's request and is willing to consent to a two-day extension of time to file the reply memorandum until Wednesday, June 18, 2008.

Accordingly, Respondent PEP requests this Court grant a short extension of time until June 18, 2008 to file its reply memorandum in support of its Motion to Dismiss. A proposed Order is attached for the Court's convenience.

                              Respectfully Submitted:

                              s/ René E. Browne
                              Robert B. Duncan (D.C. Bar No. 416283)
                              René E. Browne (D.C. Bar No. 463989)
                              HOGAN & HARTSON L.L.P.
                              Columbia Square
                              555 Thirteenth Street, NW
                              Washington, D.C. 20004-1109
                              Tel. (202) 637-5600
                              Fax. (202) 637-5910
                              E-mail: rbduncan@hhlaw.com
                              E-mail: rbrowne@hhlaw.com

                              *Attorneys for Respondent Pemex Exploración y Producción*

                                Richard C. Lorenzo (Florida Bar No. 071412)
                                (Motion for *pro hac vice* admission pending)
                                Maria Eugenia Ramirez (Florida Bar No. 349320)
                                (Motion for *pro hac vice* admission pending)
                                HOGAN & HARTSON L.L.P.
                                1111 Brickell Avenue, Suite 1900
                                Miami, Florida 33131
                                Tel. (305) 459-6500
                                Fax. (305) 459-6550
                                Email: rlorenzo@hhlaw.com
                                Email: meramirez@hhlaw.com

                                *Attorneys for Respondent Pemex Exploración y Producción*

Dated:   June 9, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2008, I electronically filed the foregoing Unopposed Motion and Proposed Order with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/ René E. Browne
                                                René E. Browne

## SERVICE LIST
## COMMISA V. PEP
## CASE NO. 08-CV-00469-RWR
## UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

**Robert M. Kennedy, Jr.**
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
kennedyr@hugheshubbard.com
Attorney for Petitioner

Via Transmission of Notices of Electronic Filing Generated by CM/ECF

**Christopher M. Paparella**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Tel (212) 837-6644
Fax (212) 422-4726
paparella@hugheshubbard.com
Attorney for Petitioner

Via First Class Mail, postage pre-paid

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration Between )<br>)<br>CORPORACIÓN MEXICANA )<br>DE MANTENIMIENTO INTEGRAL, )<br>S. DE R.L. DE C.V., )<br>a Mexican corporation, )<br>)<br>                       Petitioner, )<br>)<br>v. )<br>)<br>PEMEX EXPLORACIÓN Y PRODUCCIÓN, )<br>Gerencia Jurídica de Exploración y Producción )<br>Marina Nacional 329 Edificio A, Octavo Piso )<br>Colonia Huasteca, Delegación Miguel Delgado )<br>Mexico City, Federal District )<br>Mexico C.P. 11311, )<br>)<br>                       Respondent. ) | Case No. 08-CV-00469-RWR |

## [PROPOSED] ORDER

This matter is before the Court on Respondent PEMEX Exploración y Producción's Unopposed Motion for Extension of Time to File Reply Memorandum in Support of Motion to Dismiss (the "Unopposed Motion"). Having considered the Unopposed Motion, the Court finds it to be well-taken and it is hereby GRANTED.

IT IS THEREFORE ORDERED that Respondent PEMEX Exploración y Producción shall have until June 18, 2008 to file its reply memorandum in support of its Motion to Dismiss Petition to Confirm Arbitration Award.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
Hon. Richard W. Roberts
United States District Judge

Pursuant to Local Civil Rule 7, subdivision (k), the names and address of all attorneys entitled to be notified of this order are:

**Counsel for the Claimant:**

Robert M. Kennedy, Jr.
Hughes Hubbard & Reed LLP
D.C. Bar No. 459966
1775 I Street, N.W.
Washington, D.C. 20006-2401
Tel. (202) 721-4600
Fax (202) 721-4646
E-mail: kennedyr@hugheshubbard.com

**Co-counsel for the Claimant:**

Christopher M. Paparella
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Tel. (212) 837-6644
Fax (212) 422-4726
E-mail: paparella@hugheshubbard.com

**Counsel for the Respondent:**

Robert B. Duncan, Esq.
DC Bar Number: 416283
HOGAN & HARTSON LLP
555 13th Street, NW
Washington, DC 200004
Tel. (202) 637-5758
Fax (202) 637-5910
E-mail: RBDuncan@hhlaw.com

René E. Browne, Esq.
DC Bar Number: 463989
HOGAN & HARTSON LLP
555 13th Street, NW
Washington, DC 200004
Tel. (202) 637-6965
Fax (202) 637-5910
E-mail: rbrowne@hhlaw.com


**Co-counsel for the Respondent:**

Richard C. Lorenzo, Esq.
(Motion for *pro hac vice* admission pending)
HOGAN & HARTSON LLP
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Tel. (305) 459-6652
Fax (305) 459-6550
E-mail: Rlorenzo@hhlaw.com

Maria Eugenia Ramirez, Esq.
(Motion for *pro hac vice* admission pending)
HOGAN & HARTSON LLP
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Tel. (305) 459-6542
Fax (305) 459-6550
E-mail: MERamirez@hhlaw.com