IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>CORPORACIÓN MEXICANA<br>DE MANTENIMIENTO INTEGRAL,<br>S. DE R.L. DE C.V.,<br>a Mexican corporation,<br><br>            Petitioner,<br><br>v.<br><br>PEMEX EXPLORACIÓN Y PRODUCCIÓN,<br>Gerencia Jurídica de Exploración y Producción<br>Marina Nacional 329 Edificio A, Octavo Piso<br>Colonia Huasteca, Delegación Miguel Delgado<br>Mexico City, Federal District<br>Mexico C.P. 11311,<br><br>            Respondent. | Case No. 08-CV-00469-RWR |

## NOTICE OF APPEARANCE OF ATTORNEY FOR RESPONDENT

To the Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE that Daniel E. González, of the law firm of Hogan & Hartson LLP, Mellon Financial Center, 1111 Brickell Avenue, Suite 1900, Miami, FL 33131 (D.C. Bar No. 503371), enters his appearance as co-counsel of record for Respondent PEMEX Exploración y Producción, and requests service of all copies of notices, motions, pleadings, and other papers filed in this matter at the address below (or by operation of the Court's Case Management / Electronic Case Filing system). By making this special and limited entry of appearance, Respondent does not submit itself in any way to this Court's jurisdiction nor does it consent to

jurisdiction, and Respondent reserves all other defenses that it may have with respect to this matter. This appearance is therefore made without waiver of any of Respondent's defenses.

Respectfully Submitted:

s/ Daniel E. González
Robert B. Duncan (D.C. Bar No. 416283)
René E. Browne (D.C. Bar No. 463989)
HOGAN & HARTSON L.L.P.
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004-1109
Tel. (202) 637-5600
Fax. (202) 637-5910
E-mail: rbduncan@hhlaw.com
E-mail: rbrowne@hhlaw.com

Daniel E. González (D.C. Bar No. 503371)
Richard C. Lorenzo (Florida Bar No. 071412)
Admitted *pro hac vice*
Maria Eugenia Ramirez (Florida Bar No. 349320)
Admitted *pro hac vice*
HOGAN & HARTSON L.L.P.
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Tel. (305) 459-6500
Fax. (305) 459-6550
Email: degonzalez@hhlaw.com
Email: rlorenzo@hhlaw.com
Email: meramirez@hhlaw.com

*Attorneys for Respondent Pemex Exploración y Producción*

Dated:  June 11, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                        s/ Daniel E. González
                                                       Daniel E. González

HOGAN & HARTSON L.L.P., 1111 BRICKELL AVENUE, SUITE 1900 • MIAMI, FL 33131 • TEL. (305) 459-6500 • FAX (305) 459-6550

SERVICE LIST
COMMISA V. PEP
CASE NO. 08-CV-00469-RWR
UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

| | |
|---|---|
| **Robert M. Kennedy, Jr.** | **Christopher M. Paparella** |
| Hughes Hubbard & Reed LLP | Hughes Hubbard & Reed LLP |
| 1775 I Street, N.W. | One Battery Park Plaza |
| Washington, D.C. 20006-2401 | New York, New York 10004-1482 |
| Telephone: (202) 721-4600 | Tel (212) 837-6644 |
| Facsimile: (202) 721-4646 | Fax (212) 422-4726 |
| kennedyr@hugheshubbard.com | paparella@hugheshubbard.com |
| Attorney for Petitioner | Attorney for Petitioner |
| | |
| Via Transmission of Notices of Electronic Filing Generated by CM/ECF | Via First Class Mail, postage pre-paid |

HOGAN & HARTSON L.L.P., 1111 BRICKELL AVENUE, SUITE 1900 • MIAMI, FL 33131 • TEL. (305) 459-6500 • FAX (305) 459-6550