IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORPORACIÓN MEXICANA<br>DE MANTENIMIENTO INTEGRAL,<br>S. DE R.L. DE C.V.,<br><br>Petitioner,<br><br>v.<br><br>PEMEX EXPLORACIÓN<br>Y PRODUCCIÓN,<br><br>Respondent. | CASE: 1:08-CV-00469 (RWR) |

### NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Scott H. Christensen of Hughes Hubbard & Reed LLP, 1775 I Street N.W., Washington, D.C., 20006, hereby enters an appearance in the above-captioned matter on behalf of Petitioner Corporación Mexicana De Mantenimiento Integral S. De R.L. De C.V. ("Commisa"). Commisa further requests that Robert M. Kennedy be removed from the docket as counsel for Commisa because he is no longer associated with Hughes Hubbard & Reed LLP.

Dated: August 22, 2008

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: _____
Scott H. Christensen (D.C. Bar No. 476439)
1775 I Street N.W.
Washington, D.C. 20006-2401
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
Email: christen@hugheshubbard.com

60377417_1

Christopher Paparella (D.D.C. No. NY0091)
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 637-6644
Facsimile: (212) 422-4726
Email: paparella@hugheshubbard.com

*Attorneys for Claimant Corporación Mexicana De Mantenimiento Integral, S. De R.L. De C.V.*

Of Counsel:

William J. Sanchez
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482

60377417_1                    2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 22, 2008, true and accurate copies of foregoing Notice of Appearance were served by mail upon:

>Richard C. Lorenzo
>Daniel E. Gonzalez
>Maria Eugenia Ramirez
>HOGAN & HARTSON, LLP
>Mellon Financial Center
>1111 Brickell Avenue, Suite 1900
>Miami, Florida 33131

>Robert B. Duncan
>Rene E. Browne
>HOGAN & HARTSON L.L.P.
>Columbia Square
>555 Thirteenth Street, N.W.
>Washington, D.C. 20004

_/s/ Scott H. Christensen_
Scott H. Christensen