IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORPORACIÓN MEXICANA<br>DE MANTENIMIENTO INTEGRAL,<br>S. DE R.L. DE C.V.,<br><br>Petitioner,<br><br>v.<br><br>PEMEX EXPLORACIÓN<br>Y PRODUCCIÓN,<br><br>Respondent. | CASE: 1:08-CV-00469 (RWR) |

## ORDER

THIS MATTER having come before the Court on the joint application of Petitioner Corporación Mexicana De Mantenimiento Integral, S. de R.L. de C.V. ("Commisa") and Respondent Pemex Exploración y Producción for the discontinuance with prejudice and without costs of this action as a result of the parties' full and final settlement of the disputes involved herein;

IT IS ON THIS 18th day of December, 2008,

ORDERED THAT this action is hereby discontinued with prejudice and without costs.

_____
HON. RICHARD W. ROBERTS